UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: RANDY CAMPBELL (J)#    CASE NO: 19-60159-CR-COHN
AUSA: J. KEENE (D. CHASE) ✓  ATTY:
      DUTY AUSA
USPO:                        VIOL: 8:U.S.C. § 1326

PROCEEDING: INITIAL APPEARANCE    RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no    COUNSEL APPOINTED: CJA: RAE SHEARN
BOND SET @:                          To be cosigned by:

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

Handwritten notes:
- Advised of Charges
- Request Court Appointment.
- Sworn/Test.
- FPD has a conflict.
- CJA: Rae Shearn
- {INS Detainer}

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

REPORT RE COUNSEL:
BOND HEARING:
PRELIM/ARRAIGN OR REMOVAL: Tuesday June 25 2019 11AM  PWH BSS
STATUS RE EXTRADITION/HRG:

DATE: 6/24/19   TIME: 11:00 AM   FTL/TAPE/# BSS- {10Mins}   Begin DAR:  2

11:08:20 - 11:14:59

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO)   DAR: